UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MICHELLE ARES,** | § § § | |
| **Plaintiff,** | § § | EP-19-CV-00283-FM |
| v. | § § | |
| **AEROTEK, INC.; and SCHNEIDER ELECTRIC USA,** | § § § § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

On February 13, 2023, the court entered "Order Denying Motion for Judgment as a Matter of Law and Remitting Compensatory Damages Award" [ECF No. 172] in which it denies Defendants' motion for a judgment as a matter of law or a new trial on the merits and grants, in part, Defendants' challenge to the jury's damages award in the above-captioned cause.[1] Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITHOUT PREJUDICE**.

2. It is **FURTHER ORDERED** that Plaintiff's past damages are in accordance with [ECF No. 172] $37,621, plus applicable interest, and Plaintiff's future damages are in accordance with [ECF No. 172] $37,621, plus applicable interest.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this 28 day of **February 2023.**

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Order Denying Motion for Judgment as a Matter of Law and Remitting Compensatory Damages Award" 22, ECF No. 172, entered Feb. 13, 2023.

1