UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MICHELLE ARES,** | § § § § | |
| Plaintiff, | § § | EP-19-CV-00283-FM |
| v. | § § | |
| **AEROTEK, INC. and SCHNEIDER ELECTRIC USA, INC. d/b/a SCHNEIDER ELECTRIC,** | § § § § § | |
| Defendants. | § § | |

## NOTICE REGARDING PLAINTIFF'S ELECTION ON REMITTED DAMAGES

On September 5, 2023, the court was notified that Plaintiff has accepted her remitted damages award, per the Final Judgment, as opposed to electing for a new trial on damages.[1] As such, the Final Judgment stands as entered.

**SIGNED AND ENTERED** this 6 day of **September 2023.**

_____
FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] "Plaintiff's Notice of Acceptance of Remittitur" 1, ECF No. 192, filed Sep. 5, 2023.

1